IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LADONNA M. CHEATWOOD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-10-337-L |
| ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Plaintiff Ladonna M. Cheatwood applied for insurance benefits and supplemental security income based on alleged disability. Her application was denied by the Social Security Administration. Plaintiff brought this action for judicial review of the decision, based in part on legal error in the credibility assessment made by the Administrative Law Judge. On January 31, 2011, Magistrate Judge Robert E. Bacharach entered his Report and Recommendation in this matter, recommending that the court should reverse and remand for further proceedings.

The court file reflects that no party has filed a written objection to the Report and Recommendation within the time limit allowed. Upon *de novo* review,

the court finds that the the Report and Recommendation should be and is hereby adopted in its entirety.

Accordingly, **the decision of the Commissioner is reversed and the case is remanded to the Commissioner for further proceedings in accordance with the January 31, 2011 Report and Recommendation of the Magistrate Judge.**

It is so ordered this 28th day of February, 2011.

_____
TIM LEONARD
United States District Judge